IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MESHA SANDERS                                                                                          PLAINTIFF

V.                                                               CIVIL ACTION NO. 1:18-CV-20-SA-DAS

K MART CORPORATION                                                                          DEFENDANT

ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

On October 18, 2018 the Defendant's counsel filed a Notice [12] on the docket that the Defendant commenced a voluntary bankruptcy case and that the automatic stay pursuant to that bankruptcy case was automatically invoked. No action has taken place in this case since that time. For administrative purposes, the Court now formally stays and administratively closes this case pending the resolution of the bankruptcy case. The parties shall notify the court within 14 days of any resolution or dismissal of the bankruptcy case. This CASE is STAYED and ADMINISTRATIVELY CLOSED.

It is SO ORDERED, on this the 16th day of May, 2019.

                                                        /s/ Sharion Aycock
                                                        UNITED STATES DISTRICT JUDGE